Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard
Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendant Sean Combs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDMOND LAURENT, <br><br> Plaintiff, <br><br> v. <br><br> SEAN COMBS, JANE DOE 1, DOES 2–10, <br><br> Defendants. | Case No. 2:25-cv-9495-GW-AGRx <br><br> **DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** <br><br> Hearing Date: December 18, 2025 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Courtroom: 9D |

## DECLARATION OF LILAH N. COOK

I, Lilah N. Cook, declare as follows:

1.    I am an attorney at law duly licensed to practice before this Court and all courts of the State of California. I am an associate with the law firm of SCHONBUCH HALLISSY LLP, attorneys of record for Defendant Sean Combs ("Defendant"). I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

2.    I make this declaration in support of Defendant's Motion to Dismiss.

3.    I contacted counsel for Plaintiff Edmond Laurent ("Plaintiff") via email on November 4, 2025 to arrange a telephonic conference in accordance with L.R. 7-3.

4.    Pursuant to L.R. 7-3, on November 5, 2025, I attended the telephone call wherein counsel for the parties met and conferred regarding Defendant's issues with the Complaint and Defendant's planned motion to dismiss on statute of limitations and failure to state a claim grounds. Counsel for Plaintiff was going to discuss the issues internally before getting back to us.

5.    As of the filing of this Declaration, I have not heard back from counsel for Plaintiff.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: November 12, 2025                    */s/ Lilah N. Cook*

_____

Lilah N. Cook

---

1

DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT