**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Plaintiff, **EDMOND LAURENT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND LAURENT,<br><br>    *Plaintiff,*<br><br>  vs.<br><br>SEAN COMBS, an individual; JANE DOE 1, an individual; and DOES 2-10.<br><br>    *Defendants.* | ) Case No.: 2:25-CV-09495-GW-AGRx<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE HEARING**<br>) **DATE FOR DEFENDANT COMBS'S**<br>) **MOTION TO DISMISS, EXTEND**<br>) **BRIEFING DEADLINES, EXTEND**<br>) **PAGE LIMITS FOR OPPOSITION**<br>) **AND REPLY BRIEFS, AND**<br>) **CONTINUE RULE 16(b)**<br>) **SCHEDULING CONFERENCE;**<br>) **DECLARATION OF RODNEY S.**<br>) **DIGGS; [*PROPOSED*] ORDER**<br>)<br>)<br>)<br>) |

## STIPULATION

Plaintiff Edmond Laurent, by and through his counsel Ivie McNeill Wyatt Purcell & Diggs, and Defendant Sean Combs, by and through his counsel Schonbuch Hallissy LLP, hereby stipulate as follows:

WHEREAS, Defendant Sean Combs filed his Motion to Dismiss Plaintiff's

Complaint on November 12, 2025, with a hearing currently set for December 18, 2025 at 8:30 a.m. (Dkt. 11);

WHEREAS, Plaintiff's Opposition is currently due on or about November 27, 2025, and Defendant's Reply is currently due on or about December 4, 2025, pursuant to Local Rules 7-9 and 7-10;

WHEREAS, the parties' Rule 16(b) Scheduling Conference is currently set for December 8, 2025 at 8:30 a.m.;

WHEREAS, the Thanksgiving holiday and court closures on November 27-28, 2025, have impacted the parties' ability to complete briefing on the current schedule;

WHEREAS, both parties believe that additional time and word limits will allow for more complete briefing on the significant legal and factual issues raised by the Motion to Dismiss, which concerns statute of limitations issues under California's sexual assault revival statute and the sufficiency of Plaintiff's intentional infliction of emotional distress claim;

WHEREAS, the parties have met and conferred in good faith regarding these scheduling matters;

WHEREAS, this is the parties' first request for a continuance of these deadlines;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court enter the proposed order filed concurrently herewith, providing as follows:

1. **Briefing Deadlines for Motion to Dismiss**:

   a. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due on or before December 5, 2025;

   b. Defendant's Reply in support of Motion to Dismiss shall be due on or before December 19, 2025.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT COMBS'S MOTION TO DISMISS, EXTEND BRIEFING DEADLINES, EXTEND PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS, AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE

2. **Word Limits**:

    a. Plaintiff's Opposition brief may not exceed 7,500 words, exclusive of the table of contents, table of authorities, caption page, signature block, and proof of service;

    b. Defendant's Reply brief may not exceed 7,500 words, exclusive of the table of contents, table of authorities, caption page, signature block, and proof of service;

    c. Supporting declarations and exhibits are not subject to these word limits.

3. **Hearing Date for Motion to Dismiss**:

    c. The hearing on Defendant Sean Combs's Motion to Dismiss currently set for December 18, 2025 at 8:30 a.m. shall be continued to January 22, 2026 at 8:30 a.m. in Courtroom 9D (or such other date and time as the Court deems appropriate).

4. **Rule 16(b) Scheduling Conference**:

    d. The parties' Rule 16(b) Scheduling Conference currently set for December 8, 2025 at 8:30 a.m. shall be continued to February 19, 2026 at 8:30 a.m. (or such other date and time as the Court deems appropriate).

///
///
///
///
///
///
///
///

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT COMBS'S MOTION TO DISMISS, EXTEND BRIEFING DEADLINES, EXTEND PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS, AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE

5. **Joint Case Management Statement**:

    e. The parties' Joint Case Management Statement shall be due fourteen (14) days before the continued Scheduling Conference date.

**STIPULATED AND AGREED:**

**Dated**: November 26, 2025

              **IVIE McNEILL WYATT PURCELL & DIGGS**

              By:   /s/ Rodney S. Diggs
                    RODNEY S. DIGGS, ESQ.
        Attorney for Plaintiff, EDMOND LAURENT

**Dated**: November 26, 2025

                  **SCHONBUCH HALLISSY LLP**

              By:   /s/ Lilah N. Cook
                MICHAEL SCHONBUCH, ESQ.
                  LILAH N. COOK, ESQ.
        Attorneys for Defendant, SEAN COMBS

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT COMBS'S MOTION TO DISMISS, EXTEND BRIEFING DEADLINES, EXTEND PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS, AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on November 26, 2025 in Los Angeles, California.

/s/ Rodney S. Diggs
Rodney S. Diggs

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR DEFENDANT COMBS'S MOTION TO DISMISS, EXTEND BRIEFING DEADLINES, EXTEND PAGE LIMITS FOR OPPOSITION AND REPLY BRIEFS, AND CONTINUE RULE 16(b) SCHEDULING CONFERENCE