UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9495-GW-AGRx | Date | January 30, 2026 |
|---|---|---|---|
| Title | *Edmond Laurent v. Sean Combs, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laura N. James, by telephone | Lilah N. Cook |

**PROCEEDINGS:    ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Court and counsel confer. For reasons stated on the record, Plaintiff will have until February 5, 2026 to submit his in camera filing as to Defendant Doe 1. Defendants will respond by February 12, 2026. The order to show cause hearing is continued to February 19, 2026 at 8:30 a.m.

The scheduling conference set for February 19, 2026 is TAKEN OFF-CALENDAR.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | JG | |