UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-9495-GW-AGRx | Date | February 19, 2026 |
|---|---|---|---|
| Title | *Edmond Laurent v. Sean Combs, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laura N. James, by telephone | Lilah N. Cook |

**PROCEEDINGS:    ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Court and counsel confer. Plaintiff's request for leave to amend the complaint to identify Defendant Jane Doe 1 is granted. Plaintiff is to file the amended complaint forthwith.

The Court continues the hearing to March 30, 2026 at 8:30 a.m. The parties are to file a joint status report by noon on March 25, 2026.

|  | : | 03 |
|---|---|---|
| Initials of Preparer | JG | |