**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**LAURA JAMES, ESQ. (SBN 273720)**
ljames@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:     (213) 489-0028
Facsimile:     (213) 489-0552

Attorneys for Plaintiff, **EDMOND LAURENT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDMOND LAURENT, <br><br> *Plaintiff,* <br><br> vs. <br><br> SEAN COMBS, an individual; JANE DOE 1, an individual; and DOES 2-10. <br><br> *Defendants.* | CASE NO.:  2:25-CV-9495-GW-AGRx <br><br> **JOINT STATUS BRIEF** <br><br> OSC Date: March 30, 2026 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Courtroom: 9D |

## TO THE COURT:

Plaintiff Edmond Laurent and Defendant Sean Combs, by and through their respective counsel of record, submit the following Joint Status Brief:

### 1. Filing of the First Amended Complaint

Plaintiff filed his First Amended Complaint on March 6, 2026. The First Amended Complaint names Casandra Ventura as a defendant in place of the previously designated "Jane Doe 1."

**JOINT STATUS BRIEF**

### 2.  Service on Defendant Ventura

Following the filing of the First Amended Complaint, Plaintiff's counsel contacted Doug Wigdor, Founding Partner of Wigdor LLP, counsel of record for Defendant Ventura, to discuss service of the First Amended Complaint on Defendant Ventura's behalf. Meredith Firetog, Partner at Wigdor LLP and counsel for Defendant Ventura, advised that Wigdor LLP was authorized and willing to accept service on behalf of Defendant Ventura on March 24, 2026. Accordingly, Plaintiff's counsel completed a Waiver of the Service of Summons, dated March 24, 2026, and forwarded it to Ms. Firetog, along with a copy of the First Amended Complaint. Plaintiff received an executed copy of the Waiver of the Service of Summons on March 25, 2026.

### 3.  Defendant Ventura's Deadline to Respond to the First Amended Complaint

Pursuant to the executed Waiver of the Service of Summons and Federal Rule of Civil Procedure 4(d)(3), Defendant Ventura's responsive pleading to the First Amended Complaint is due on or before Tuesday, May 26, 2026. Sixty days from the date of waiver, March 24, 2026, is Saturday, May 23, 2026 and Monday, May 25, 2026 is Memorial Day.

### 4.  Defendant Combs's Deadline to Respond to the First Amended Complaint

Plaintiff Edmond Laurent and Defendant Sean Combs, by and through their respective counsel of record, have agreed and stipulated that Defendant Combs's responsive pleading to the First Amended Complaint shall be due on the same date as Defendant Ventura's responsive pleading.

///

///

///

**JOINT STATUS BRIEF**

## 5.  Proposed Continuance of the OSC

The parties jointly propose that this Court continue the pending Order to Show Cause to a date after Defendants' responsive pleadings are due and Defendant Ventura has formally appeared in this action and asserted her domicile. Respectfully submitted.

**Dated: March 25, 2026**                    IVIE McNEILL WYATT PURCELL & DIGGS

By: */s/ Laura James*

RODNEY S. DIGGS, ESQ.

LAURA JAMES, ESQ.

Attorneys for Plaintiff, EDMOND LAURENT


**Dated: March 25, 2026**                    SCHONBUCH HALLISSY LLP

By: */s/ Lilah Cook*

MICHAEL SCHONBUCH

LILAH N. COOK

Attorneys for Defendant, SEAN COMBS

**JOINT STATUS BRIEF**

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on March 25, 2026 in Los Angeles, California.

*/s/ Laura James*

Laura N. James

**JOINT STATUS BRIEF**