UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9495-GW-AGRx | Date | March 26, 2026 |
|---|---|---|---|
| Title | *Edmond Laurent v. Sean Combs, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - COURT ORDER**

There is currently set for March 30, 2026 an Order to Show Cause re Subject Matter Jurisdiction ("OSC"). The parties have filed a Joint Status Brief (ECF No. 37) indicating that the Plaintiff has filed a First Amended Complaint ("FAC") and proposing that the OSC be continued to a date after the Defendants' answer to the FAC is due. In light thereof, the Court continues the OSC to June 4, 2026 at 8:30 a.m.; the parties shall file a joint report by June 1.

| | : |
|---|---|
| Initials of Preparer | JG |