Melodie Han
Douglas H. Wigdor (*pro hac vice forthcoming*)
Meredith A. Firetog (*pro hac vice forthcoming*)
mhan@wigdorlaw.com
dwigdor@wigdorlaw.com
mfiretog@wigdorlaw.com
WIGDOR LLP
85 Fifth Avenue, Floor 5
New York, NY 10003
Tel. (212) 257-6800
Fax. (212) 257-6845

*Counsel for Defendant Casandra Ventura*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EDMOND LAURENT,<br><br>                        Plaintiff,<br><br>               v.<br><br>SEAN COMBS, an individual; JANE DOE 1, an individual; and DOES 2-10.<br><br>                        Defendants. | **Case No. 2:25-cv-9495-GW-AGR**<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action Filed: 10/06/2025<br><br>Hearing: 08/03/2026<br>Time: 8:30 a.m. |

On May 26, 2026, Defendant Casandra Ventura ("Ms. Ventura") moved to dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6).

The Court, having considered Ms. Ventura's Motion to Dismiss and finding good cause therefor, hereby **GRANTS** the Motion and **ORDERS** as follows:

1.  Plaintiff's First Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:                                    _____

                                              Hon. George H. Wu