Michael Schonbuch (Bar No. 150884)
schonbuch@schonbuchhallissy.com
Lilah N. Cook (Bar No. 350775)
cook@schonbuchhallissy.com
SCHONBUCH HALLISSY LLP
11999 San Vicente Boulevard, Suite 300
Los Angeles, CA 90049
Tel.: (310) 556-7900
*Attorneys for Defendant Sean Combs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| EDMOND LAURENT,<br><br>            Plaintiff,<br><br>    v.<br><br>SEAN COMBS, JANE DOE 1, DOES 2–10,<br><br>            Defendants. | Case No. 2:25-cv-9495-GW-AGRx<br><br>**DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing Date: August 3, 2026<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Lilah N. Cook, declare as follows:

1.   I am an attorney duly licensed to practice before this Court and all other courts of the State of California.  I am an associate with the law firm SCHONBUCH HALLISSY LLP, attorneys of records for Defendant Sean Combs ("Mr. Combs").

2.   I make this declaration in support of Mr. Combs's Motion to Dismiss the First Amended Complaint (the "FAC").  I am aware of the facts stated herein of my own knowledge and, if called to testify thereto, I could and would competently so testify.

3.   Pursuant to L.R. 7-3, I contacted Plaintiff's counsel on May 18, 2026 to schedule a meet and confer on Mr. Combs's anticipated Motion to Dismiss.  The meet and confer occurred via a telephone call on May 19, 2026.  During meet and confer, I outlined the bases for the Motion to Dismiss, including the expiration of the applicable statutes of limitations, as well as the failure of the FAC to state a claim for intentional infliction of emotional distress and human trafficking under Cal. Civ. Code § 52.5.

4.   The Parties were unable to reach an agreement regarding the legal propriety of the FAC.

I declare under penalty of perjury according to the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  May 26, 2026                    /s/ Lilah N. Cook

_____

Lilah N. Cook

1
DECLARATION OF LILAH N. COOK IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT