**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**LAURA JAMES, ESQ. (SBN 273720)**
ljames@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
**A Professional Law Corporation**
444 South Flower Street, Suite 3200
Los Angeles, California 90071
Telephone:  (213) 489-0028
Facsimile:  (213) 489-0552

Attorneys for Plaintiff, **EDMOND LAURENT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDMOND LAURENT, | ) CASE NO.: 2:25-CV-9495-GW-AGRx |
| *Plaintiff,* | ) |
| | ) **JOINT STATUS BRIEF** |
| vs. | ) |
| | ) |
| | ) OSC Date:    June 4, 2026 |
| | ) Time:         8:30 a.m. |
| SEAN COMBS, an individual; | ) Courtroom:  9D |
| JANE DOE 1, an individual; and | ) Judge:        Hon. George H. Wu |
| DOES 2-10. | ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |

**TO THE COURT:**

Plaintiff Edmond Laurent, Defendant Sean Combs, and Defendant Casandra Ventura, by and through their respective counsel of record, submit the following Joint Status Brief:

1.    **Filing of the First Amended Complaint**

Plaintiff filed his First Amended Complaint on March 6, 2026. The First

1

Amended Complaint names Casandra Ventura as a defendant in place of the previously designated "Jane Doe 1."

**2.    Defendant Combs' and Defendant Ventura's Motions to Dismiss**

On May 26, 2026, Defendant Combs filed a Motion to Dismiss the First Amended Complaint on the grounds that: (1) Plaintiff's claims are barred by the expiration of the applicable statutes of limitations; and (2) the First Amended Complaint fails to state a claim upon which relief can be granted, specifically with respect to Plaintiff's claims for intentional infliction of emotional distress and human trafficking under California Civil Code § 52.5.

Defendant Ventura also filed a Motion to Dismiss the First Amended Complaint on the same day, on the grounds that the First Amended Complaint fails to state a claim upon which relief can be granted as to each cause of action asserted against her — including assault, battery, sexual battery, intentional infliction of emotional distress, negligence, and human trafficking — and that the First Amended Complaint is missing crucial details, including the dates of the alleged incidents, necessary to assess the timeliness of Plaintiff's claims.

Hearing on both Motions to Dismiss is set for August 3, 2026, at 8:30 a.m. Plaintiff's Oppositions to both Motions to Dismiss are due on or before July 13, 2026.

**3.    Proposed Continuance of the OSC**

The parties jointly propose that this Court continue the pending Order to Show Cause to a date after the August 3, 2026 hearing date.

Dated: June 1, 2026            IVIE McNEILL WYATT PURCELL & DIGGS

By:    */s/ Laura James*
RODNEY S. DIGGS, ESQ.
LAURA JAMES, ESQ.
Attorneys for Plaintiff, EDMOND LAURENT

2

Dated: June 1, 2026                SCHONBUCH HALLISSY LLP

By:   */s/ Lilah Cook*
       MICHAEL SCHONBUCH
       LILAH N. COOK
       Attorneys for Defendant, SEAN COMBS


Dated: June 1, 2026                SCHONBUCH HALLISSY LLP

By:   /s/ *Melodie Han*
       DOUGLAS H. WIGDOR
       MEREDITH FIRETOG
       MELODIE HAN
       Attorneys for Defendant, Casanda Ventura

**Certification in Compliance with Local Rule 5-4.3.4**

I certify that, under Local Rule 5-4.3.4(a)(2)(i), I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, and that the above-noted signatories concur in the filing's content.

Executed on June 1, 2026 in Los Angeles, California.


*/s/ Laura James*
Laura N. James