**REMAND / JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-9495-GW-AGRx | Date | June 4, 2026 |
|---|---|---|---|
| Title | *Edmond Laurent v. Sean Combs, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | ECRO / Court Smart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tyrine S. Aman | Michael N. Schonbuch - in person |
| Laura N. James | Melodie Han |
| | Meredith Firetog |

**PROCEEDINGS:    TELEPHONIC HEARING ON ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Court and counsel discuss the Order to Show Cause Re: Jurisdiction [43] issued on June 2, 2026. For reasons stated on the record, the Court remands this action back to state court.

:    06

Initials of Preparer    JG