# United States District Court
## Central District of California
### Office of the Clerk

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 05, 2026

Superior Court of California
County of Los Angeles
111 N. Hill Street
Los Angeles CA 90012

Re:   Case Number: 2:25-cv-09495-GW-AGRx

Previously Superior Court Case No.: 25STCV19200

Case Name: Edmond Laurent v. Sean Combs et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____June 4, 2026_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

[✓] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
    Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____

_____           Deputy Clerk
Date

G-17 (06/24)                    **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT**