# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EDMOND LAURENT,

  *Plaintiff,*

  vs.

SEAN COMBS, an individual; JANE DOE 1, an individual; and DOES 2-10.

  *Defendants.*

) CASE NO.: 2:25-cv-09495-GW(AGRx)
)
) **[PROPOSED] ORDER RE:**
) **PLAINTIFF'S MOTION FOR**
) **ATTORNEY'S FEES AND COSTS**
) **PURSUANT TO 28 U.S.C. § 1447(c)**
)
)
) **Hearing Date:  July 20, 2026**
) **Time:    8:30 a.m.**
) **Courtroom:  9D**
) **Judge: Hon. George H. Wu**
)
)
)
)

)

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered Plaintiff Edmond Laurent's Motion for Attorney's Fees and Costs Pursuant to 28 U.S.C. § 1447(c), the Memorandum of Points and Authorities in support thereof, the Declarations of Rodney S. Diggs and Laura N. James and all attachments thereto, all papers and pleadings on file in this action, the arguments of counsel, and good cause appearing therefor, hereby ORDERS as follows:

1.      Plaintiff's Motion for Attorney's Fees and Costs is GRANTED.

2.      The Court finds that Defendant Sean Combs lacked an objectively reasonable basis for removing this action to federal court on October 6, 2025. The Notice of Removal rested on a single conclusory sentence asserting Florida citizenship, was unsupported by any evidence, was directly contradicted by the operative pleading's specific California domicile allegations, and failed to disclose the California citizenship of co-defendant Casandra Ventura, whose identity Defendant Combs knew at the time of removal.

3.      The Court further finds that all fees and costs sought by Plaintiff were incurred as a direct result of Defendant Combs' improper removal and would not have been incurred had this action remained in the Superior Court of California, County of Los Angeles, where it was originally filed.

4.      The Court awards attorney's fees and costs pursuant to 28 U.S.C. §

2

1447(c) as follows:

| Timekeeper | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Rodney S. Diggs | Partner/President | $1,250/hr | 26.5 | $33,125.00 |
| Laura N. James | Associate | $950/hr | 112.00 | $106,400.00 |
| Tyrine S. Aman | Associate | $650/hr | 0.50 | $325.00 |
| Theresa M. Glover | Paralegal | $350/hr | 2.00 | $700.00 |
| TOTAL | | | 141.00 | $140,550.00 |

5.    Defendant Sean Combs shall pay the total award of $140,550.00 to Plaintiff Edmond Laurent within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                     HON. GEORGE H. WU
                                     United States District Judge
                                     Central District of California

3