

**United States District Court**
Central District of California
**Office of the Clerk**

FILED
CLERK, U.S. DISTRICT COURT

**JUN 3 0 2026**

CENTRAL DISTRICT OF CALIFORNIA
BY ASP                    DEPUTY



June 05, 2026

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**JUN 15 2026**

David W. Slayton, Executive Officer/Clerk of Court

Superior Court of California
County of Los Angeles
111 N. Hill Street
Los Angeles CA 90012

Re:    Case Number: 2:25-cv-09495-GW-AGRx

          Previously Superior Court Case No.: 25STCV19200

          Case Name: Edmond Laurent v. Sean Combs et al

Dear Sir/Madam:

          Pursuant to this Court's ORDER OF REMAND issued on _____June 4, 2026_____, the above-referenced case is hereby remanded to your jurisdiction.

          Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

          Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

[✓] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

*Encls.*
*cc: Counsel of record*

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____6-15-26_____
Date

By: _____**N. Osollo**_____
Deputy Clerk

G-17 (06/24)                    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
CIVIL DIVISION
111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012



FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 90012
02 7W
0008044512 JUN 22 2026

$ 000.74⁰

JUN 30 2026